David D L Horton, Esq. SB# 297149
777 E Tahquitz Canyon Way | Suite 200-092
Palm Springs, California 92262
702-364-5815 | 760-364-5819 facsimile
David@HortonEsq.com
Attorneys for Debtor



FILED & ENTERED

OCT 03 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUTPCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

In Re

Golden Autumn, Inc.,

    Debtor.

Chapter 7

Case No: 6:17-bk-16970-MJ

ORDER
GRANTING DEBTOR'S MOTION
TO DISMISS CHAPTER 7 CASE

    Pending before the court is Debtor Golden Autumn, Inc.'s, ("Debtor") Motion to Dismiss the above-captioned Chapter 7 Case ("Motion"), filed on August 30, 2017, ECF __15____.

    Having considered the Motion and the supporting Declaration of Debtor's counsel, David D L Horton, Esq., ("Counsel"), the court determines that Debtor in its request has provided sufficient grounds to warrant a dismissal, that it is in the best interest of all parties if the case is dismissed, and that creditors will not be prejudiced or otherwise harmed if the case is dismissed.

In considering the totality of circumstances of Debtor's Motion and the explanation of the circumstances,

IT IS ORDERED as follows:

1. Debtor's Motion to Dismiss is GRANTED.

IT IS SO ORDERED.

###

Date: October 3, 2017

Meredith A. Jury
United States Bankruptcy Judge